**SO ORDERED.**

Dated: September 30, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17112/0171117377

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mauricio P. Romero<br>      Debtor.<br>_____<br>HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2007-11<br>      Movant,<br>  vs.<br><br>Mauricio P. Romero, Debtor, Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-BK-13708-RTB<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #32) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 12, 2007 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2007-11 is the current beneficiary and Mauricio P. Romero has an interest in, further described as:

> The West 145.50 feet of the South half of the East half of the Southeast quarter of the Northeast quarter of the
> Northeast quarter of Section 25, Township 6 North, Range 2 East of the Gila and Salt River Base and Meridian,
> Maricopa County, Arizona;
> EXCEPT all minerals, as reserved unto the United Slates of America in the Patent of said land; and also
> EXCEPT all uranium, thorium or any other material whieh is or may be determined to be peculiarly essential to the
> production of fissionable materials, whether or not of commercial value, pursuant to the provisions of the Act of
> August 1, 1946 (60 Stat. 755), as reserved in the Patent.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT